UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HANWHA GENERAL INSURANCE CO., LTD.,

                Plaintiff,

   - against -

MAERSK A/S,

                Defendant.

23-cv-7219 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties are directed to file a Rule 26(f) report by November 1, 2023.

SO ORDERED.

Dated:   New York, New York
           October 17, 2023

                                   /s/ John G. Koeltl
                                   John G. Koeltl
                               United States District Judge