UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
HANWHA GENERAL INSURANCE CO., LTD.,
                      Plaintiff(s)

          -against-

MAERSK A/S,
                      Defendant(s).
-------------------------------------------------------------X

23 civ 7219 (JGK)

## ORDER

A scheduling order having been entered on November 2, 2023,

The conference scheduled for December 7, 2023, is canceled.

**SO ORDERED.**

                                                     **JOHN G. KOELTL**
                                          **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
         November 28, 2023